■ JAMES E. HOCHREITER, Individually and as Father and Natural Guardian of LINDSEY P. HOCHREITER, an Infant, Appellant, v DIOCESE OF BUFFALO et al., Respondents. (Appeal No. 2.) [765 NYS2d 304] —Appeal from an order of Supreme Court, Erie County (Mahoney, J.), entered December 3, 2002, which granted plaintiff's motion for "reargument/renewal" with respect to defendant Dana Mulivich's motion and adhered to its original decision.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Hochreiter v Diocese of Buffalo* ([appeal No. 1] 309 AD2d 1216 [2003]). Present—Pine, J.P., Hurlbutt, Scudder and Hayes, JJ.

■ In the Matter of DAVID McGOVERN, as President of Niagara Falls Uniformed Fire Fighters Association, AFL-CIO, Local 714, Appellant, v ALBERT T. JOSEPH, as Administrator of City of Niagara Falls, et al., Respondents. (Appeal No. 1.) [765 NYS2d 305] —Appeal from a judgment (denominated order) of Supreme Court, Niagara County (Lane, J.), entered January 4, 2002, which granted respondents' motion to dismiss the CPLR article 78 petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Niagara County, Lane, J. Present—Pine, J.P., Hurlbutt, Scudder and Hayes, JJ.